```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 46355
   JAMIE SOLANO JR
   BLANCA NIEVES SOLANO                        CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6828     SSN XXX-XX-5557

-----------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/17/2004 and was confirmed 02/03/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/18/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
NUMARK CREDIT UNION        NOTICE ONLY     NOT FILED            .00           .00
CENTRIX RESOURCE SYSTEMS   SECURED          16500.00        1477.32      16500.00
CENTRIX RESOURCE SYSTEMS   UNSECURED          630.43            .00        630.43
COUNTRYWIDE HOME LOANS     CURRENT MORTG    55809.00            .00      55809.00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     7549.24            .00       7549.24
COUNTRYWIDE HOME LOANS     NOTICE ONLY     NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00           .00
DIRECT CHARGE              UNSECURED          128.48            .00        128.48
MACNEAL HOSPITAL           UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1787.60            .00       1787.60
ORCHARD BANK               NOTICE ONLY     NOT FILED            .00           .00
PENN CREDIT CORP           UNSECURED       NOT FILED            .00           .00
BRADFORD EXCHANGE          UNSECURED       NOT FILED            .00           .00
MERS                       UNSECURED             .00            .00           .00
RESURGENT ACQUISITION LL   UNSECURED         3725.90            .00       3725.90
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                       5,330.69
DEBTOR REFUND              REFUND                                          418.84

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE             96,057.50

PRIORITY                                        .00
SECURED                                   79,858.24
    INTEREST                               1,477.32
UNSECURED                                  6,272.41
ADMINISTRATIVE                             2,700.00
TRUSTEE COMPENSATION                       5,330.69

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 46355 JAMIE SOLANO JR & BLANCA NIEVES SOLANO
```

```
DEBTOR REFUND                                                    418.84
                                      ----------------  ----------------
TOTALS                                      96,057.50         96,057.50
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 06/26/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE